UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH   DIVISION

CYNTHIA DYCHES LINTHICUM et al., )
)
    Plaintiffs, )
)
v. )    Case No.  CV415-023
)
MENDAKOTA INSURANCE COMPANY, )
)
    Defendant. )

## O R D E R

The Court having reviewed and considered the petitions of Daniel L. Polsby and Edward F. Ruberry of the law firm of Ruberry, Stalmack & Garvey, LLC, 500 West Madison Street, Suite 2300, Chicago, Illinois 60661, for permission to appear pro hac vice on behalf of defendant Mendakota Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Daniel L. Polsby and Edward F. Ruberry as counsel of record for defendant Mendakota Insurance Company, in this case.

**SO ORDERED** this __23rd__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA