UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CYNTHIA DYCHES LINTHICUM et al., )
)
    Plaintiffs, )
)
v. )   Case No. CV415-023
)
MENDAKOTA INSURANCE COMPANY, )
)
    Defendant. )

## O R D E R

The Court having reviewed and considered the petitions of James (Jay) Sadd and Richard E. Dolder of the law firm of Slappey & Sadd, LLC, 352 Sandy Springs Circle, Atlanta, Georgia 30328, for permission to appear pro hac vice on behalf of plaintiffs Cynthia Dyches Linthicum et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter James (Jay) Sadd and Richard E. Dolder as counsel of record for plaintiffs Cynthia Dyches Linthicum et al., in this case.

**SO ORDERED** this __23rd__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA