AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Cynthia Dyches Linthicum, et al.

                                  JUDGMENT IN A CIVIL CASE

v.                  CASE NUMBER: 4:15-cv-23-WTM-GRS

Mendakota Insurance Company

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this Court's Order entered on 9/22/16, Defendant's Motion for Summary Judgment is hereby granted and Plaintiffs' Motion for Summary Judgment is denied.



9/22/2016                                       Scott L. Poff
*Date*                                               *Clerk*

                                                                         *(By) Deputy Clerk*

GAS Rev 10/1/03